UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

L. T. TUCKER, JR.,

    Plaintiff,

v.                                                  Case No. 2:06-cv-58
                                                HON. ROBERT HOLMES BELL

SANDRA MONROE, et al.,

    Defendants.

_____/

## **ORDER**

Defendant Monroe has filed a motion to seal document (docket #27). Upon due consideration, the motion is GRANTED. The Clerk shall place Exhibit C of defendant's brief in support of motion for summary judgment under PERMANENT seal.

IT IS SO ORDERED.

                                                /s/ Timothy P. Greeley
                                               TIMOTHY P. GREELEY
                                               UNITED STATES MAGISTRATE JUDGE

Dated: July 27, 2006